■ JUAN A. RAMIREZ, Respondent, v CITY OF NEW YORK et al., Appellants. [53 NYS3d 529]—Judgment, Supreme Court, Bronx County (Faviola Soto, J.), entered December 18, 2015, after a jury trial, in plaintiff's favor, unanimously reversed, on the law, without costs, and the complaint dismissed.

There is no evidence that defendants had prior written notice that the curb in Crotona Park North on which plaintiff tripped was "obstructed" by overgrown vegetation (*see* Administrative Code of City of NY § 7-201 [c] [1], [2]; *Monteleone v Incorporated Vil. of Floral Park*, 74 NY2d 917 [1989]; *Carlo v Town of Babylon*, 55 AD3d 769 [2d Dept 2008]). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.